IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KEVIN SMITH, COLE McCALMAN and
BARRY NOBLES, Each Individually and on
Behalf of All Others Similarly Situated                                           PLAINTIFFS

v.                                    Case No. 4:16-CV-4085

AKIN & SON, INC. and DAVID AKIN                                               DEFENDANTS

## ORDER

Before the Court is the parties' Joint Motion for Approval of Settlement Agreement, Leave to File Under Seal, and Dismissal With Prejudice (ECF No. 11) wherein the parties seek Court approval of their settlement and request that they be permitted to file their confidential settlement agreement under seal for the Court's review.

Upon consideration, the Court finds that the parties' request to file the settlement agreement under seal should be and hereby is **GRANTED**. The Clerk of Court is directed to place the forthcoming settlement agreement under seal. The Clerk of Court is further directed to allow only the Court and the parties electronic access to the document. The parties' Motion for Approval of Settlement (ECF No. 11) remains pending.

**IT IS SO ORDERED**, this 5th day of January, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge